UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEX VOLINSKY, individually
and on behalf of all others
Similarly situated,

        Plaintiff,

v.                                  Case No. 8:24-cv-00117-MSS-AAS

HISENSE USA CORPORATION,

        Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Alex Volinsky, by and through his undersigned counsel of record, gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that he hereby voluntarily dismisses this action with prejudice.

(i)    Defendants have not filed an answer or a motion for summary judgment in this matter;

(ii)    Plaintiff has not filed a motion for class certification;

(iii)    The claims of the putative class are dismissed without prejudice;

(iv)    The parties shall bear their own costs, expenses, and fees.

Respectfully submitted this 20th day of September 2024.

                                                  */s/William Wright*

                                                  William Wright

        willwright@wrightlawoffice.com
        The Wright Law Office, P.A.
        515 N Flagler Dr. Suite 350
        West Palm Beach, FL 33401
        T: 561-514-0904
        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of September 2024, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

        */s/William Wright*
        **ATTORNEY FOR PLAINTIFF**