# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALEX VOLINSKY, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

HISENSE USA CORPORATION,

        Defendant.

8:24-cv-00117-MSS-AAS

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, stipulate that the above-captioned action, including all claims asserted therein, should be, and is hereby, dismissed, *with prejudice*, as to all parties, with each party bearing its own attorneys' fees and costs.

Dated: September 24, 2024

        Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/*Jura C. Zibas* (with consent)
Jura C. Zibas
jura.zibas@wilsonelser.com
2063 Main St Ste 100
Sarasota, FL 34237
Tel: (941) 866-8561

*Attorneys for Defendant*

**THE WRIGHT LAW OFFICE P.A.**

/s/*William Wright*
William Wright
willwright@wrightlawoffice.com
515 N Flagler Dr Ste 350
West Palm Beach, FL 33401
Tel: (561) 514-0904

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of September 2024, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

*/s/William Wright*
**ATTORNEY FOR PLAINTIFF**